**ORIGINAL**

Duration: 43 mins
Proceeding via: ☐ Video Conf. ☐ Telephone Conf. ☑ In Person

DOCKET No. 25mj166                         DEFENDANT Joey Grant Luther

AUSA Brandon Thompson                      DEF.'S COUNSEL Sarah Sacks
                                           ☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED
                                           ☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☑ Detention Hrg.    DATE OF ARREST 1/22/2025     ☐ VOL. SURR.
                                                         TIME OF ARREST 9:30am         ☐ ON WRIT
☐ Other: _____                 TIME OF PRESENTMENT 4:30pm

---

### BAIL DISPOSITION
                                                                                        ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER          ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 100,000        PRB   ☑ 2        FRP
☑ SECURED BY $_____ CASH/PROPERTY: Miami Apartment
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☑ CURFEW  ☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES
☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 2/5/2025

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

1. Def. shall refrain from possessing medical supplies.
2. Def. shall surrender aesthetician's license and refrain from practicing or administering any beauty/aesthetic services while case is pending.
3. Def. shall not contact any victims or potential witnesses in this case, including former clients.
4. Def. shall not possess or use identification of any other person.

---

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                        ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED             ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 2/12/2025              ☑ ON DEFENDANT'S CONSENT

DATE: 1/22/2025                                  _____
                                                 UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016