# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **25 Cr. 166**

Date **August 5, 2025**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint       ☐ Removal Proceedings in

United States v. **Joey Grant Luther**

The Complaint/Rule 40 Affidavit was filed on **January 20, 2025**

✓ U.S. Marshals please withdraw warrant

**BRANDON THOMPSON**
Digitally signed by BRANDON THOMPSON
Date: 2025.08.05 11:22:20 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Brandon C. Thompson**
(print name if signature handwritten)

**SO ORDERED:**
DATE: 8/5/2025

_____
UNITED STATES MAGISTRATE JUDGE